**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Dr. Genick Bar-Meir,**

**Plaintiff,**

**v.**

**North American Die Casting Association, et al.**

**Defendants.**

**Civil No. 00-2772 RHK/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 25, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate Judge on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

Bar-Meir vs. North American Die Casting Association, et al

NEW CASE NUMBER CIVIL 00-2772 RHK/JMM

Use this case number for all further filings.