UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DR. GENICK BAR-MEIR,

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION, et al.,

Defendants.

CIVIL NO. 00-2772 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: ~~June 27, 2001~~ July 2, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JUL 02 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Dr. Genick Bar-Meir

vs. 00-2772RHK/AJB

North American Die Casting Assoc., et al

The above-entitled action has been re-assigned to Magistrate Judge Arthur J. Boylan pursuant to an Order of Recusal by Magistrate Judge John M. Mason. Please refer to the above judges' initials when filing documents with the court in the future. The file number remains the same.