UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DR. GENICK BAR-MEIR, [redacted]

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION,

NOTICE OF SETTLEMENT CONFERENCE

Defendant.

**and**

DR. GENICK BAR-MEIR,

**Case No. 00-2772 RHK/AJB**

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION,

Defendant.

---

A settlement conference will be held on **August 20, 2001, at 2:00 p.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit,

AUG 10 2001
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each party shall submit to the undersigned at least three days before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions.

Failure to submit this letter could result in the settlement conference being rescheduled and the imposition of an appropriate sanction on the party whose failure caused the conference to be postponed. Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions.

Dated: August 9, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500