UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

GENICK BAR-MEIR,

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION – MN CHAPTER 16, HENRY BAKEMEYER, and LARRY WINKLER,

Defendants.

Civil No. 00-2772 RHK/AJB

**ORDER**

The above matter came before the Court on Plaintiff's motion seeking (1) responses to interrogatories and document requests, (2) an order compelling depositions and (3) sanctions. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion is **denied in part, and dismissed in part** [Docket No. 13];
2. To the extent that it seeks the depositions of Defendant Larry Winkler and Defendant North American Die Casting Association – MN Chapter 16, Plaintiff's motion presents no controversy and is therefore dismissed as moot;
3. To the extent that it seeks responses to interrogatories and document requests, Plaintiff's motion is denied;
4. To the extent that it seeks sanctions, Plaintiff's motion is denied.

Dated: 8/23/01

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**MEMORANDUM**

Plaintiff's motion seeks the depositions of Defendant Larry Winkler and Defendant North American Die Casting Association – MN Chapter 16. To that extent, the motion is moot because those depositions have already been conducted.

Plaintiff's motion also seeks responses to various interrogatories and document requests. Defendants contend that Plaintiff has failed to show the relevancy of these discovery requests. Specifically, Defendants argue that Plaintiff has failed to specify the basis for his copyright infringement claims and therefore, Defendants have no basis to judge the relevancy of the information requested. The Court agrees. The Federal rules provide that a party may discover any matter that is relevant to a claim of any party. FED. R. CIV. P. 26(b)(1). Implicit in this rule is the concept of relativeness. In other words, the Court must first know what a claim entails before the Court can determine if any given piece of information is relevant to that claim. Here, Plaintiff has not laid out his copyright infringement claims to the degree necessary to make a relevancy determination.

AJB