**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

GENICK BAR-MEIR,

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION – MN CHAPTER 16, HENRY BAKEMEYER, and LARRY WINKLER,

Defendants.

Civil No. 00-2772 RHK/AJB

**ORDER**

The above matter came before the Court on Plaintiff's motion seeking (1) an order compelling depositions and (2) sanctions. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion is **denied in part, and dismissed in part** [Docket No. 23];
2. To the extent that it seeks the depositions of Defendant Larry Winkler and Defendant North American Die Casting Association – MN Chapter 16, Plaintiff's motion presents no controversy and is therefore dismissed as moot;
3. To the extent that it seeks sanctions, Plaintiff's motion is denied.

Dated: 8/23/01

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**MEMORANDUM**

Plaintiff's motion seeks the depositions of Defendant Larry Winkler and Defendant North American Die Casting Association – MN Chapter 16. To that extent, the motion is moot because those depositions have already been conducted. The Court concludes that any difficulties in setting up, and conducting, those depositions were, at most, a result of innocent communication break-downs. Therefore, sanctions are not warranted.

AJB