**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-2772 (RHK/AJB)

vs.

**O R D E R**

North American Die Casting Association,
MN Chapter 16, Henry Bakemeyer, and
Larry Winkler,

Defendants.

---

Finding that Magistrate Judge Boylan's two Orders dated August 23, 2001 are neither clearly erroneous nor contrary to law, each Order (Doc. Nos. 30 and 31) is **AFFIRMED**.

Dated: September 25, 2001

RICHARD H. KYLE
United States District Judge

SEP 25 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK