**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dr. Genick Bar-Meir,

Civil No. 00-2772 RHK/AJB

Plaintiff,

v.

**ORDER ON MOTION TO OBTAIN PERMISSION TO AMEND THE COMPLAINT**

North American Die Casting Association–Mn Chapter 16, Henry Bakemeyer and Larry Winkler,

Defendants.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, 638 U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101, on plaintiff's motion for leave to amend the complaint [Docket No. 11]. The motion was filed on June 5, 2001, the Pretrial Scheduling Order deadline date for filing a motion to amend the pleadings. An accompanying memorandum asserts that plaintiff was seeking to add a defendant and also add state law defamation and copyright claims. The memorandum further states that no hearing was scheduled and plaintiff desired to await discovery rulings prior to any hearing. Plaintiff did not submit a proposed amended complaint as required under Local Rule 15.1. Subsequent to filing of the motion for leave to amend, separate Orders on discovery matters were issued by the Magistrate Judge on August 23, 2001, and affirmed on appeal to the District Court by Order dated September 25, 2001. Plaintiff has not since scheduled hearing on a motion for leave to amend and has not since submitted a proposed amended complaint.

Upon its review of the entire file and documents contained therein, the Magistrate



NOV 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Judge **Hereby Finds** that plaintiff has failed to timely submit a proposed amended complaint as required under Local Rule 15.1; plaintiff is not permitted to indefinitely hold the deadline for amending pleading under the Pretrial Scheduling Order in abeyance by mere notice of possible intent to file a future motion; and plaintiff has not made any affirmative action subsequent to resolution of discover matters in accordance with his own representations. Based upon these findings, the Court **Concludes** that plaintiff has abandoned his Motion to Obtain Permission to Amend the Complaint and, in any event, the motion is now untimely.

Based upon the above Findings and Conclusions, it is **HEREBY ORDERED** that plaintiff Motion to Obtain Permission to Amend the Complaint is **denied** [Docket No. 11].

Dated: 11/28/01

Arthur J. Boylan
United States Magistrate Judge