**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff, Civil No. 00-2772 (RHK/AJB)

vs. **O R D E R**

North American Die Casting Association,
MN Chapter 16, Henry Bakemeyer, and
Larry Winkler,

Defendants.

---

Plaintiff has appealed from the November 28, 2001 Order of Magistrate Judge Arthur J. Boylan denying his June 5, 2001 Motion to Obtain Permission to Amend the Complaint. Finding that the Order appealed from is neither clearly erroneous nor contrary to law, said Order (Doc. No. 47) is **AFFIRMED**.

Dated: December 17, 2001

RICHARD H. KYLE
United States District Judge

DEC 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK