# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dr. Genick Bar-Meir

Case No. Civil 00-2772RHK/AJB

v.

**JUDGMENT IN A CIVIL CASE**

North American Die Cast Association MN Chapter 16,
Henry Bakemeyer and Larry Winkler

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is **GRANTED**; plaintiff's motion for summary judgment is **DENIED**; and plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

DATE: December 20, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

56