# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Genick Bar-Meir

v.

North American Die Cast Association MN Chapter 16 (NADCA Chapter 16), Larry Winkler, and Henry Bakemeyer

Case No. Civil 00-2772 RHK/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

The defendants shall have and receive from the plaintiff, Genick Bar-Meir, costs and attorneys' fees in the amount of thirty-one thousand two hundred twenty-eight dollars and twenty-nine cents ($31,228.29), as provided by statute.

DATE: April 1, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

61